William L. Haluck, Esq. (SBN 80146)
Zachary M. Schwartz, Esq. (SBN 286498)
Koeller, Nebeker, Carlson & Haluck, LLP
3 Park Plaza, Suite 1500
Irvine, CA 92614-8558
949-864-3400; fax: 949-864-9000
Email: *bill.haluck@knchlaw.com* / *zachary.schwartz@knchlaw.com*
Attorneys for Defendant, COUNTY OF ORANGE

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAD POSIN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF ORANGE; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: SACV15-00120 AG (JCGx)<br><br>Assigned for All Purposes to:<br>Judge: Andrew J. Guilford<br>Dept.: 10D<br><br>[~~PROPOSED~~] JUDGMENT RE: DEFENDANT COUNTY OF ORANGE'S MOTION FOR SUMMARY JUDGMENT<br><br>Action Date: 1/26/15<br>Trial Date: 2/23/16 |

Defendant COUNTY OF ORANGE'S (hereinafter "Defendant") Motion for Summary Judgment came on for hearing on December 28, 2015, before the Honorable Andrew J. Guilford, judge presiding.

After reviewing the Defendant's Motion for Summary Judgment, all papers filed in support of said Motion, as well as all papers filed in opposition, and oral argument, the issues have been duly heard and a decision been duly rendered, IT IS ORDERED AND ADJUDGED that Defendant's Motion is **GRANTED**, that Plaintiff BRAD POSIN take nothing, that the action be dismissed on the merits with prejudice, and that Defendant recover its costs.

1

1 | IT IS SO ORDERED AND ADJUDGED.

2

DATED: March 9, 2016

3

*[signature]*

4 | The Honorable Andrew J. Guilford
Judge of the United States District Court

004.518:294446v1

[~~PROPOSED~~] JUDGMENT RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
Case No. SACV15-00120 AG (JCGx)